UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JIMMY and LORETTA JACKSON,
Individually and as Parents
and Next Friends of D                                                                PLAINTIFFS

V.                              NO. 4:16CV00301-JM-JTR

PINE BLUFF SCHOOL DISTRICT, *et al.*                                       DEFENDANTS

## ORDER

The Court has reviewed the Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Document No. 36). No objections have been filed. After careful consideration, the Court concludes that the Recommended Partial Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The Motion for Partial Dismissal filed by Defendant Jenkins Memorial Children's Center and Jenkins Industries, Inc. (Document No. 21) IS GRANTED, and Plaintiffs' IDEA, § 1983, ADA, Arkansas Constitution, Title IX, Fourth Amendment, and NCLBA claims against it are DISMISSED, WITHOUT PREJUDICE, for failure to state a claim upon which relief may be granted; and

2. Plaintiffs' state law claims against Defendant Jenkins Memorial Children's Center and Jenkins Industries, Inc. are allowed to PROCEED.

DATED this 25th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE